COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:    01-21-00656-CV

Style:                        Rhonda Smith v. Joshua Wilson, Melanie Wilson , James Wilson, Mark Wilson, Debra Wilson and Trinity CFT LLC

Trial Court Case Number:    2021-39090

Trial Court:                 215th District Court of Harris County

Type of Motion:              Objection to Mediation

Party Filing Motion:         Appellee

     Appellee has objected to mediation.  The Court's mediation order dated December 2, 2021 is withdrawn.


Judge's signature: /s/Richard Hightower
                     Acting individually

Date:  December 8, 2021


---

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).